No. 83–6916.   JOHNSON v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 846;

No. 83–7016.   LANDES v. SMITH, ATTORNEY GENERAL, ET AL., *ante*, p. 850; and

No. 84–5203.   MCLAINE v. AGNEW ET AL., *ante*, p. 867.   Petitions for rehearing denied.

No. 83–623.   JAMES ET AL. v. CLARK, SECRETARY OF THE INTERIOR, ET AL., 467 U. S. 1209.   Motion for leave to file petition for rehearing denied.

No. 83–6829 (A–308).   PALMES v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 873.   Applications to suspend the effect of the order denying the petition for writ of certiorari and for stay of execution of sentence of death denied.   Petition for rehearing denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the applications and the petition for rehearing, vacate the order denying certiorari, and would grant the petition for writ of certiorari and vacate the death sentence in this case.

NOVEMBER 5, 1984

No. 84–374.   THILLENS, INC. v. WALL ET AL.   C. A. 7th Cir. Certiorari dismissed under this Court's Rule 53.

*Appeals Dismissed*

No. 84–243.   MARENGO COUNTY COMMISSION ET AL. v. UNITED STATES.   Appeal from C. A. 11th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–412.   HOME BUILDERS & CONTRACTORS ASSOCIATION OF PALM BEACH COUNTY, INC., ET AL. v. BOARD OF COUNTY